UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE DAVIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID DRUMMOND, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00333-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

Plaintiff, Terrance Davis, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 18th day of April, 2025.


By: /s/ Terrance Davis
Terrance Davis # 1101506
Plaintiff, Pro Se

DATED this 18th day of April, 2025.
AARON D. FORD
Attorney General


By: /s/ Rudolf M. D'Silva
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: June 2, 2025

Anne R. Traum
United States District Judge